

PLAINTIFF'S EXHIBIT 2-A

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Account Statement

Prepared for Kristin Hoey

Re: Office Bar & Grill

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $17,821.99 |
| New Balance | $17,821.99 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $17,821.99 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Kristin Hoey

Invoice Date: October 03, 2019
Invoice Number: Pre-bill
Invoice Amount: $17,821.99

## Matter: Office Bar & Grill

**Attorney's Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/18/2017 | Tele conf. with Hoey re status of matter. (.2 hrs). Draft lengthy comm. to Wrobel re litigation claims and options. (.3 hrs). | H.B.H. | .50 | $200.00 |
| 10/19/2017 | Review comm. from Wrobel re status of matter. | H.B.H. | .10 | $40.00 |
| 12/15/2017 | Lengthy tele conf. with K. Hoey re claims. (.8 hrs). Draft lengthy comm. to S. Wrobel re same. (.5 hrs). | H.B.H. | 1.30 | $520.00 |
| 1/6/2018 | Review comm. from SW re K. Hoey. Forward to client. | H.B.H. | .10 | $40.00 |
| 1/16/2018 | Draft comm. to S. Wrobel re employer response to demand by K. Hoey. | H.B.H. | .20 | $80.00 |
| 1/30/2018 | Draft comm. to S. Wrobel re status of matter. | H.B.H. | .10 | $40.00 |
| 5/2/2018 | Tele conf with client re status of matter. | H.B.H. | .30 | $120.00 |
| 5/2/2018 | Review file materials and draft Collective Action Complaint. (2.7 hrs). Prepare Summons and Civil Coversheet. (.3 hrs). Draft opt-in notice; transmit to client. (.3 hrs). Open case via ECF. (.2 hrs). | H.B.H. | 3.50 | $1,400.00 |
| 5/24/2018 | File Proof of Service re Summons for three defendants. | H.B.H. | .10 | $40.00 |
| 5/26/2018 | Draft comm. to client re status of matter. | H.B.H. | .10 | $40.00 |
| 6/13/2018 | Review Court docket and response due dates; conf with JL re status of matter and failure to respond. Discuss strategies and law regarding cond cert and default. Discuss assignment and division of labor re anticipated Motion for Conditional Cert. | H.B.H. | .30 | $120.00 |
| 6/13/2018 | Reviewed court docket and responses due. Conf. w/ HBH re status of matter and failure to respond. Discussed strategy re conditional certification, | J.L. | .30 | $61.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | discussed motion that needs to be drafted. | | | |
| 6/16/2018 | Draft Motion for Conditional Certification. Perform legal research in support. Review file materials. | H.B.H. | 3.80 | $1,520.00 |
| 6/16/2018 | Review and respond to comm. with client re status of matter. | H.B.H. | .20 | $80.00 |
| 6/17/2018 | Review and edited motion for conditional certification | J.L. | 1.30 | $266.50 |
| 6/18/2018 | Tele conf. with K. Hoey re status of matter; interview re Motion for Cond. Cert. | H.B.H. | .60 | $240.00 |
| 6/18/2018 | Conf with JL re division of labor re Motion for Cond Cert. | H.B.H. | .10 | $40.00 |
| 6/19/2018 | Edited and revised motion for conditional certification and request for court to take judicial notice. | J.L. | 3.80 | $779.00 |
| 6/23/2018 | Review and revise Motion for Conditional Certification. Draft proposed Class Notice. Revise opt-in notice. | H.B.H. | 2.20 | $880.00 |
| 6/25/2018 | Review HBH revisions to mot. for cond. cert. | J.L. | .60 | $123.00 |
| 6/28/2018 | Draft entry of appearance | J.L. | .20 | $41.00 |
| 6/28/2018 | Editing entry of appearance | J.L. | .10 | $20.50 |
| 6/28/2018 | Finalizing and filing notice of appearance. Training w/HBH on mailing notice of appearance to def. | J.L. | .40 | $82.00 |
| 7/6/2018 | Discuss w/ HBH re case status and strat | J.L. | .10 | $20.50 |
| 8/3/2018 | Review Order of Court re Conditional Certification. Transmit same to former counsel. | H.B.H. | .30 | $120.00 |
| 8/7/2018 | Review case status w/ HBH and GH | J.L. | .10 | $20.50 |
| 8/10/2018 | Draft comm. to process server re service of Court Order on Defendants. Review response. | H.B.H. | .10 | $40.00 |
| 8/17/2018 | Draft comm. to process server re status of matter. Review response and reply. | H.B.H. | .20 | $80.00 |
| 8/20/2018 | Review and edit motion for order directing show cause. | J.L. | .30 | $61.50 |
| 10/2/2018 | Review email correspondence with client Krisiten Hoey regarding case update. | G.H. | .10 | $20.50 |
| 10/2/2018 | Review email to Pl. re case status update. | J.L. | .10 | $20.50 |
| 10/2/2018 | Draft comm. to K. Hoey re status of matter. | H.B.H. | .30 | $120.00 |
| 10/11/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .10 | $20.50 |
| 10/11/2018 | Discuss case status w/ HBH and GBH. | J.L. | .10 | $20.50 |
| 11/14/2018 | Review clerk's entry of default. | J.L. | .10 | $20.50 |
| 11/14/2018 | Review Clerk's Entry of Default. | H.B.H. | .10 | $40.00 |
| 11/15/2018 | Draft case status update email to Pl. | J.L. | .20 | $41.00 |
| 11/16/2018 | Review email corresp. from Pl. and HBH re entry of default. | J.L. | .10 | $20.50 |
| 11/16/2018 | Review comm between JL and client; draft comm to client re possibility for vacating default. | H.B.H. | .20 | $80.00 |
| 1/10/2019 | Review and respond to comm from S. James re scheduling of teleconference with Judge Blake re pending Request Show Cause re Contempt. Confer with J. Liew re same. | H.B.H. | .20 | $80.00 |
| 1/17/2019 | Tele conf with Court re pending Show Cause | H.B.H. | .70 | $280.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | request. (.2 hrs). Confer with J. Liew re strategies for moving matter forward; discuss Office Bar & Grill prior litigation; discuss potential options short of imprisonment for contempt. (.5 hrs). | | | |
| 1/17/2019 | Confer call w/ judge re mot. show cause (0.2); Confer w/ HBH re case strat for reducing sanction penalty from imprisonment, discussion of prior Def. litigation. | J.L. | .70 | $143.50 |
| 1/17/2019 | Conduct research on contempt of Court order to produce list of employees and contact information for conditional cert. (5.3); Conduct research on defaults and default judgments in class and collective action context (1.2). | J.L. | 6.50 | $1,332.50 |
| 1/17/2019 | Edit proposed show cause order to reduce severity of sanctions suggested. | J.L. | .70 | $143.50 |
| 1/18/2019 | Review and revise proposed Show Cause Order. (.2 hrs). Draft comm. to Judicial Assistant for Judge Blake. (.1 hrs). | H.B.H. | .30 | $120.00 |
| 1/18/2019 | Review and respond to comm from client re status of matter. | H.B.H. | .10 | $40.00 |
| 1/31/2019 | Review Show Cause Order. | H.B.H. | .10 | $40.00 |
| 2/15/2019 | Draft Plaintiff's Status Report regarding service of Court Order, and prepare exhibits for filing. | G.H. | .40 | $82.00 |
| 3/21/2019 | Review case file, review and revise status report regarding service of show cause order on defendants. | G.H. | .20 | $41.00 |
| 3/26/2019 | Phone confers w/ HBH and opposing counsel re show cause hearing, appearance of defendants in case, terms of opt-in notifications (0.2); phone call w/ Court, HBH and opposing counsel re. show cause hearing (0.1). | J.L. | .30 | $61.50 |
| 3/26/2019 | Review, prepare and file status report letter to court to cancel show cause hearing. | J.L. | .20 | $41.00 |
| 3/28/2019 | Draft revised order regarding class notification and joint motion. | G.H. | 1.80 | $369.00 |
| 4/3/2019 | Tele conf with K. Hoey re status of matter. | H.B.H. | .30 | $120.00 |
| 4/3/2019 | Review and revise Joint Motion. Review and revise proposed Order. (1.3 hrs). Multi comm with M. Neary re same. | H.B.H. | 1.60 | $640.00 |
| 4/3/2019 | Review motion re set aside entry of default. | H.B.H. | .10 | $40.00 |
| 4/5/2019 | Draft comm to M. Neary re status of Joint Motion; review response. | H.B.H. | .10 | $40.00 |
| 4/8/2019 | Review order vacating entry of default. | J.L. | .10 | $20.50 |
| 4/8/2019 | Prepare and file motion requesting entry of amended conditional certification order and accompanying exhibits. | J.L. | .40 | $82.00 |
| 4/9/2019 | Review order amending cond. cert. order and signing class notice. | J.L. | .10 | $20.50 |
| 4/9/2019 | Review court order, prepare class notices and opt-in forms for mailing, mail notices to class members (2.3); | G.H. | 2.70 | $553.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | Pursuant to Court's order, sent automated text messages to class members regarding opt-in period and correspond with class members regarding the lawsuit (.4). | | | |
| 4/18/2019 | Review Answer and corporate disclosure. | J.L. | .20 | $41.00 |
| 4/18/2019 | Briefly review Answer and Local Rule Disclosure. | H.B.H. | .10 | $40.00 |
| 4/23/2019 | Drafting Motion to Deem Admitted | S.K. | 2.10 | $430.50 |
| 4/24/2019 | Conference w/ HBH and SEK on case status and assignment of duties. | J.L. | .10 | $20.50 |
| 4/24/2019 | Review Case Status | S.K. | .10 | $20.50 |
| 4/25/2019 | Review Order re scheduling conference. | H.B.H. | .10 | $40.00 |
| 5/15/2019 | Review def. certification of poster posting. | J.L. | .10 | $20.50 |
| 5/21/2019 | Call w/ opposing counsel, HBH, SEK and judge re proposed scheduling order. | J.L. | .20 | $41.00 |
| 5/21/2019 | Confer w/ HBH and SEK re case status and discovery strategy. | J.L. | .20 | $41.00 |
| 5/21/2019 | call w/ opposing counsel and judge re proposed scheduling order. | S.K. | .20 | $41.00 |
| 5/21/2019 | conference w/ HBH and SEK re case status and discovery strategy. | S.K. | .20 | $41.00 |
| 5/22/2019 | Review and calendar scheduling order. | J.L. | .20 | $41.00 |
| 5/22/2019 | Review Comms re: Stipulation | S.K. | .10 | $20.50 |
| 5/22/2019 | Review File re: Discovery | S.K. | .60 | $123.00 |
| 5/24/2019 | Review email from opposing counsel re. enterprise coverage. | J.L. | .10 | $20.50 |
| 5/24/2019 | Review comm from M. Neary re stipulation of coverage. | H.B.H. | .10 | $40.00 |
| 5/29/2019 | Entering Notice of Appearance | S.K. | .20 | $41.00 |
| 5/31/2019 | Drafting Interrogs. | S.K. | 2.20 | $451.00 |
| 5/31/2019 | Drafting RPDs | S.K. | 2.10 | $430.50 |
| 6/17/2019 | Review email communications between HBH and opposing counsel re. scheduling phone conference re. stipulation. | J.L. | .10 | $20.50 |
| 6/26/2019 | Review email from HBH to opposing counsel re. settlement offer. | J.L. | .10 | $20.50 |
| 6/26/2019 | Draft comm to M. Neary re status of matter. | H.B.H. | .10 | $40.00 |
| 7/8/2019 | Review Expert Report | S.K. | .50 | $102.50 |
| 7/8/2019 | Review expert report. | J.L. | .10 | $20.50 |
| 7/8/2019 | Review email from HBH to opposing counsel re. expert report and pace of case. | J.L. | .10 | $20.50 |
| 7/8/2019 | Draft lodestar statement | S.K. | .20 | $41.00 |
| 7/18/2019 | Review settlement offer and documents from counsel | S.K. | .40 | $82.00 |
| 7/18/2019 | Review comm from defense counsel re settlement offer. Multi tele conf with client re same. | H.B.H. | .30 | $120.00 |
| 7/23/2019 | Review emails from expert re. damage calculations. | J.L. | .10 | $20.50 |
| 7/23/2019 | Review email from HBH to opposing counsel re. settlement and attorneys' fees. | J.L. | .10 | $20.50 |
| 7/23/2019 | Tele conf with K. Hoey re settlement offer. (.2 hrs). Review fee and cost records; draft lengthy comm to opposing counsel re same. | H.B.H. | .50 | $200.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 7/24/2019 | Review email from opposing counsel re. attorneys' fees and costs. | J.L. | .10 | $20.50 |
| 7/24/2019 | Review email from counsel re: discovery | S.K. | .10 | $20.50 |
| 7/24/2019 | Review comm from opposing counsel re settlement status. | H.B.H. | .10 | $40.00 |
| 8/5/2019 | Review email from HBH to opposing counsel re. response for settlement offer. | J.L. | .10 | $20.50 |
| 8/14/2019 | Review email from HBH to opposing counsel re. pace of settlement negotiations and need for discovery. | J.L. | .10 | $20.50 |
| 8/14/2019 | Review email from opposing counsel re. settlement timing and discovery deadline. | J.L. | .10 | $20.50 |
| 8/14/2019 | Draft comm to opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 8/14/2019 | Review email from counsel re: discovery responses | S.K. | .10 | $20.50 |
| 8/19/2019 | Draft comm to M. Neary re status; review response. | H.B.H. | .10 | $40.00 |
| 8/20/2019 | Phone confer w/ HBH, SEK and opposing counsel re. possibility of settlement and need to move case forward. | J.L. | .20 | $41.00 |
| 8/20/2019 | Call w/ opposing counsel re: settlement offer and extension of discovery. | S.K. | .20 | $41.00 |
| 8/22/2019 | Review email from opposing counsel agreeing to settlement terms and attorneys' fees and costs. | J.L. | .10 | $20.50 |
| 8/22/2019 | Review email from counsel re: settlement offer | S.K. | .20 | $41.00 |
| 8/23/2019 | Review comms from Neary. Forward to client with comm; review response. | H.B.H. | .20 | $80.00 |
| 8/26/2019 | Review email from HBH to Pl. Hoey re. settlement offer from Defendants. | J.L. | .10 | $20.50 |
| 8/26/2019 | Confer w/ HBH re. settlement terms offered by Defendant and proposed response. | J.L. | .10 | $20.50 |
| 8/26/2019 | Confer w/ J. Liew re. settlement negotiations and proposed response. | H.B.H. | .10 | $40.00 |
| 9/3/2019 | Review emails between HBH and opposing counsel re. timing of settlement payments. | J.L. | .10 | $20.50 |
| 9/3/2019 | Phone call w/ Pl. Holt re. settlement checks delivery, Docusign tax forms to him for completion. | J.L. | .10 | $20.50 |
| 9/3/2019 | Draft/send text to Plaintiff Hoey re: contact office to discuss case. | S.K. | .10 | $20.50 |
| 9/3/2019 | Review email from Neary and HBH response re: schedule of settlement payments. | S.K. | .20 | $41.00 |
| 9/3/2019 | Draft comm to Neary re status of settlement offer. | H.B.H. | .10 | $40.00 |
| 9/4/2019 | Review email communications from SEK re. position of Defendants re. settlement payment timeline. | J.L. | .10 | $20.50 |
| 9/4/2019 | Call w/ Neary re: settlement payments. | S.K. | .20 | $41.00 |
| 9/4/2019 | Draft email to HBH re: summary of call with Neary. | S.K. | .10 | $20.50 |
| 9/5/2019 | Call w/ Mike Neary re: response to email regarding payment of settlement in installments. | S.K. | .10 | $20.50 |
| 9/5/2019 | Review settlement negotiations and status of settlement. | S.K. | .30 | $61.50 |
| 9/9/2019 | Draft Settlement Agreement. | S.K. | 1.50 | $307.50 |
| 9/13/2019 | Review revisions to settlement agreement; comm | H.B.H. | .20 | $80.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | with opposing counsel re same. | | | |
| 9/16/2019 | Review emails between HBH and opposing counsel re. edits to settlement agreement, review redline edits. | J.L. | .10 | $20.50 |
| 9/17/2019 | Review email from Neary re: status of Settlement signatures | S.K. | .10 | $20.50 |
| 9/19/2019 | Review Order reassigning case to Gallagher | S.K. | .10 | $20.50 |
| 9/20/2019 | Review emails between HBH and opposing counsel re. signatures for settlement agreement. | J.L. | .10 | $20.50 |
| 9/20/2019 | Review partially signed settlement agreement, text Pl. Hoey for signing of settlement agreement, transmit same. | J.L. | .10 | $20.50 |
| 9/20/2019 | Review signed settlement agreement. | S.K. | .20 | $41.00 |
| 10/1/2019 | Draft motion for approval of settlement agreement. | J.L. | 2.20 | $451.00 |
| 10/2/2019 | Draft joint motion for approval of settlement agreement. | J.L. | 1.70 | $348.50 |
| 10/2/2019 | Review joint motion for approval of settlement agreement w/ HBH (0.2); edit and revise motion, send to opposing counsel for review (0.2). | J.L. | .40 | $82.00 |
| 10/2/2019 | Draft proposed order for joint motion for approval of settlement agreement. | J.L. | .20 | $41.00 |
| SUBTOTAL: | | | 62.50 | $16,771.00 |

## Costs

| Date | Description | Amount |
|---|---|---|
| 5/2/2018 | Filing Fee | $400.00 |
| 5/15/2018 | Postage - Superior Process Service | $3.31 |
| 5/24/2018 | Service of Process - Superior Process, LLC | $150.00 |
| 2/18/2019 | Service of Process - Superior Process, LLC | $150.00 |
| 4/9/2019 | Postage for Class Notice mailing. | $16.25 |
| 9/27/2019 | Expert Witness Calcs and Report - E. Schulman, CPA/CFE | $290.50 |
| 10/3/2019 | Total postage. | $40.93 |
| SUBTOTAL: | | $1,050.99 |

## Matter Ledgers

SUBTOTAL:

## Trust Account

| | | |
|---|---|---|
| 10/3/2019 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $17,821.99

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $17,821.99