IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Kristin Hoey** | * | |
| **Plaintiff** | * | |
| v. | * | Case No. 1:18-cv-01294-SAG |
| | * | |
| **The Office, LLC et al.** | | |
| | * | |
| **Defendants.** | | |
| _____/ | | |

**ORDER**

Pending before the Court is the Parties' Joint Motion to Approve FLSA Settlement Agreement ("Joint Motion").  After careful consideration and review of the Parties' Joint Motion and the Settlement Agreement and Full and Final Release of Claims ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**FURTHER ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**FURTHER ORDERED**, that the Court shall retain jurisdiction over this case until the Defendants' payments are made pursuant to the Settlement Agreement and General Release executed by the Parties;

**FURTHER ORDERED**, Plaintiff shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

**FURTHER ORDERED**, that provided the Defendants make full payment under the Settlement Agreement and Full and Final Release of Claims, Plaintiff's claims shall be **DISMISSED** with prejudice; and that the Clerk of the Court will **CLOSE** this case.

2

Date: _____                              _____
                                                  Hon. Stephanie A. Gallagher
                                                  U.S. District Judge, District of Maryland


Serve All counsel *(via ECF)*